UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD LINDSEY, | No. C 11-638 SI (pr) |
| Petitioner, | **ORDER EXTENDING DEADLINES** |
| v. | |
| ANTHONY HEDGPETH, warden, | |
| Respondent. | |

Respondent has filed a second <u>ex parte</u> request for an extension of time to respond to the petition for writ of habeas corpus. Having considered the request and the accompanying declaration of attorney Gregory Ott, the court GRANTS respondent's request. (Docket # 6.) Respondent's answer filed on December 8, 2011 is deemed timely. Petitioner must file and serve his traverse no later than **February 10, 2012.**

IT IS SO ORDERED.

DATED: January 10, 2012

SUSAN ILLSTON
United States District Judge