UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD LINDSEY, | No. C 11-638 SI (pr) |
| Petitioner, | **ORDER EXTENDING DEADLINE** |
| v. | |
| ANTHONY HEDGPETH, warden, | |
| Respondent. | |

Petitioner's request for an extension of time to file his traverse is GRANTED. (Docket # 10.) The traverse filed on February 22, 2012 is deemed to have been timely filed. The matter remains under submission and will be decided in due course.

IT IS SO ORDERED.

DATED: February 28, 2012

SUSAN ILLSTON
United States District Judge