UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDWARD LINDSEY,

    Petitioner,

  v.

ANTHONY HEDGPETH, warden,

    Respondent.
                                        /

No. C 11-638 SI (pr)

**ORDER EXTENDING DEADLINE**

    Petitioner's request for an extension of time to file his traverse is GRANTED. (Docket # 10.) The traverse filed on February 22, 2012 is deemed to have been timely filed. The matter remains under submission and will be decided in due course.

    IT IS SO ORDERED.

DATED: February 28, 2012

                                                                 SUSAN ILLSTON
                                                  United States District Judge