1

2

3

4

5

6

7               UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9

10   EDWARD LINDSEY,                          No. C 11-0638 SI (PR)

11            Petitioner,                     **ORDER DENYING PETITIONER'S**
                                              **MOTION TO EXTEND TIME TO FILE**
12        v.                                  **A NOTICE OF APPEAL;**

13   ANTHONY HEDGPETH,                        **ORDER CONSTRUING MOTION AS A**
                                              **NOTICE OF APPEAL;**
14            Respondent.

15   _____/                **DIRECTIONS TO CLERK**

16

17        This is a closed federal habeas corpus action.  The petition was denied and judgment was

18   entered in favor of respondent on July 10, 2012.  Petitioner was granted an extension of time to

19   file a notice of appeal ("NOA").  (Docket No. 19.)  Petitioner now asks for another extension.

20   (Docket Nos. 20 and 21.)  The appellate rules, however, do not allow for any further extensions.

21   *See* Fed. R. App. P. 4(a)(5)(C).  Accordingly, this motion is DENIED.

22        However, because petitioner clearly intends to appeal this Court's judgment, the Court

23   construes the present motion as an NOA.  The Clerk of the Court shall amend the docket to so

24   reflect and shall process petitioner's appeal.

25        The Clerk shall terminate Docket Nos. 20 and 21, and process the appeal.

26        **IT IS SO ORDERED**.

27   DATED:  October 11, 2012

                                              SUSAN ILLSTON
28                                            United States District Judge

United States District Court
For the Northern District of California