UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD LINDSEY,<br><br>    Petitioner,<br><br>  v.<br><br>ANTHONY HEDGPETH,<br><br>    Respondent.<br>_____ / | No. C 11-0638 SI (PR)<br><br>**ORDER DENYING PETITIONER'S MOTION FOR A STAY** |

This is a closed federal habeas corpus action. The petition was denied and judgment was entered in favor of respondent on July 10, 2012. The Ninth Circuit Court of Appeals denied petitioner's request for a Certificate of Appealability on July 24, 2013, and issued its mandate on July 30, 2013.

Petitioner now moves to stay habeas proceedings pending exhaustion of new claims. (Docket No. 37). This motion is DENIED for three reasons. First, it is nonsensical. The action has been closed since 2012, and therefore there are no habeas proceedings to stay. Second, insofar as it is a motion to reopen, it is barred because the claims are unexhausted. *See* 28 U.S.C. § 2254(b), (c); *Rose v. Lundy*, 455 U.S. 509, 515–16 (1982). Third, insofar as the motion is a new habeas petition, it is barred by the rule against filing a second or successive petition. In order to file a second or successive petition, petitioner must obtain an order from the court of appeals authorizing the district court to consider the petition. *See* 28 U.S.C. § 2244(b)(3)(A).

The Clerk shall terminate Docket No. 37.

**IT IS SO ORDERED**.

DATED: October 15, 2013

                                                                              _/s/ Susan Illston_
                                                                 SUSAN ILLSTON
                                                           United States District Judge