UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD LINDSEY,<br><br>  Petitioner,<br><br>  v.<br><br>ANTHONY HEDGPETH,<br><br>  Respondent. | Case No. 11-cv-00638-SI (PR)<br><br>**ORDER DENYING MOTION;**<br><br>**ORDER DIRECTING CLERK TO ACCEPT NO FURTHER FILINGS IN THIS CASE**<br><br>Dkt. No. 48 |

  This is a closed federal habeas corpus action. The petition was denied and judgment was entered in favor of respondent on July 10, 2012. Petitioner appealed. The Ninth Circuit Court of Appeals denied petitioner's request for a Certificate of Appealability on July 24, 2013, and issued its mandate on July 30, 2013. On March 14, 2014, the appellate court also denied his application to file a second or successive petition.

  Petitioner now moves for an extension of time to file another petition. (Dkt. No. 48). This motion is DENIED. There is no deadline to extend. This is petitioner's 11th post-judgment motion. He may file nothing else in this case.

  **The Clerk is directed to accept no further filings in this closed case.** If petitioner wishes to file a new habeas action, he is free to do so. What he may not do is file anything further in this case.

  **IT IS SO ORDERED**.

Dated: August 18, 2018

_____
SUSAN ILLSTON
United States District Judge